UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DOUG LONGHINI, an Individual

    Plaintiff,

v.                                                                                          Case No: 1:17-cv-20099-UU

PASS SKLAR CENTER, LTD.,
a Florida Limited Partnership d/b/a
Capital Square Shopping Center,
and POLLO OPERATIONS, INC., a
Florida Corporation d/b/a/ Pollo Tropical #1,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Doug Longhini ("Plaintiff") and Pollo Operations, Inc. ("Pollo") by and through their undersigned counsel, hereby provide notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon executing of a Confidential Settlement Agreement (and within ten (10) days of this Notice), the parties will file a Stipulation for Dismissal with Prejudice.

Dated: August 11, 2017                                      Respectfully submitted,

                                                                                          **GARCIA-MENOCAL & PEREZ, P.L.**
                                                                                          4937 S.W. 74th Court, Unit #3
                                                                                          Miami, FL 33155
                                                                                          Telephone: 305-553-3464
                                                                                          Facsimile: 305-553-3031

                                                                                          By: *s/Anthony Perez*_____
                                                                                          Anthony Perez
                                                                                          Florida Bar No. 535451
                                                                                          Primary e-mail: ajperezlaw@gmail.com
                                                                                          Secondary Email: mpomares@lawgmp.com
                                                                                          Alternate Email: agmlaw@bellsouth.net

                                                                                          *Counsel for Plaintiff*

42595680;1

**AKERMAN LLP**
Three Brickell City Center
98 S.E. 7th Street, Suite 1100
Miami, Florida 33131
Telephone: 305-374-5600
Facsimile: 305-374-5095

By: *s/Ryan Roman*_____
Ryan Roman
Florida Bar No. 025509
Primary e-mail: ryan.roman@akerman.com

*Counsel for Defendant Pollo Operations, Inc.*

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing via electronic mail to all attorneys of record.

*/s/ Ryan Roman*
Attorney
